UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>GOODFELLOW TOP GRADE,<br><br>        Defendant. | Case No.18-cv-01474-HSG<br><br>**ORDER INFORMING PLAINTIFF OF RESOURCES FOR PRO SE LITIGANTS** |

The Court enters this order to advise Plaintiff Trina Hill that the Legal Help Center at both the San Francisco and Oakland Federal Courthouses provides free information and limited-scope legal advice to pro se litigants in civil cases. Services are provided by appointment only. An appointment may be scheduled by either: (1) signing up in the appointment book located outside the door of the Legal Help Center in San Francisco or Oakland, or (2) calling (415) 782-8982. The Court strongly encourages Plaintiff to take advantage of this resource.

**IT IS SO ORDERED.**

Dated: 6/14/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge