1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH R. LORDAN, SB# 265610
2    Email: Joseph.Lordan@lewisbrisbois.com
   ALLISON L. SHRALLOW, SB#272924
3    Email: Allison.Shrallow@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile:  415.434.0882

6  Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC
   (erroneously sued as Goodfellow Top Grade)
7

8  TRINA HILL
     Email: trinamhill.th@gmail.com
9  501 Lisa Ann Court
   Bay Point, CA  94565
10 Telephone: 510.932.6266

11 Plaintiff in Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| TRINA HILL, | CASE NO. 4:18-cv-01474-HSG |
|---|---|
| Plaintiff, | **REVISED PROPOSED STIPULATION AND ORDER REGARDING SCHEDULING** |
| vs. | |
| GOODFELLOW TOP GRADE, | |
| Defendant. | |

Plaintiff TRINA HILL ("Plaintiff") and Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC ("Defendant") agree and stipulate regarding the following proposed schedule:

1. Last day to Amend Pleadings:  October 1, 2018
2. Settlement Conference/Mediation:  January 2019
3. Non-Expert Discovery Cut-Off:  February 15, 2019
4. Dispositive Motion Filing Cut-Off:  March 15, 2019
5. Expert Disclosures: March 29, 2019

6.  Expert Discovery Cut-Off: May 1, 2019

7.  Pre-Trial Conference: July 30 2019

8.  Jury Trial: August 13, 2019

**IT IS SO STIPULATED AND AGREED:**

DATED: September 19, 2018         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Allison L. Shrallow*
Joseph R. Lordan
Allison L. Shrallow
Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION, LLC

DATED: September 19, 2018

By:  */s/Trina Hill*
Trina Hill
*Plaintiff In Pro Se*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**,

DATED: September ___, 2018

Hon. Haywood S. Gilliam, Jr.

# FEDERAL COURT CERTIFICATE OF SERVICE

Trina Hill v. Goodfellow Top Grade - U.S. District Court-ND, Oakland Division,

Case No. 4:18-CV-01474-HSG

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 19, 2018, I served the following document(s): **REVISED PROPOSED STIPULATION AND ORDER REGARDING SCHEDULING**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Trina Hill<br>501 Lisa Ann Court<br>Bay Point, CA  94565<br>***Plaintiff In Pro Se*** | Tel:  510.932.6266<br>Email: trinamhill.th@gmail.com |
|---|---|

The documents were served by the following means:

☒ (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 19, 2018, at San Francisco, California.

*/s/Berenice Barragan*
Berenice Barragan