**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
ALLISON L. SHRALLOW, SB#272924
  Email: Allison.Shrallow@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC (erroneously sued as Goodfellow Top Grade)

TRINA HILL
  Email: trinamhill.th@gmail.com
501 Lisa Ann Court
Bay Point, CA  94565
Telephone: 510.932.6266

Plaintiff in Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOODFELLOW TOP GRADE,<br><br>　　　　Defendant. | CASE NO. 4:18-cv-01474-HSG<br><br>**REVISED PROPOSED STIPULATION AND ORDER REGARDING SCHEDULING** |

　　　　Plaintiff TRINA HILL ("Plaintiff") and Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC ("Defendant") agree and stipulate regarding the following proposed schedule:

　　　　1. Last day to Amend Pleadings:  October 1, 2018

　　　　2. Settlement Conference/Mediation:  January 2019

　　　　3. Non-Expert Discovery Cut-Off:  February 15, 2019

　　　　4. Dispositive Motion Filing Cut-Off:  March 15, 2019

　　　　5. Expert Disclosures: March 29, 2019

|   |   |
|---|---|
| 1 | 6. Expert Discovery Cut-Off: May 1, 2019 |
| 2 | 7. Pre-Trial Conference: July 30 2019 |
| 3 | 8. Jury Trial: August 13, 2019 |
| 4 | **IT IS SO STIPULATED AND AGREED:** |

DATED: September 19, 2018    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Allison L. Shrallow*
Joseph R. Lordan
Allison L. Shrallow
Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION, LLC

DATED: September 19, 2018

By:  */s/Trina Hill*
Trina Hill
*Plaintiff In Pro Se*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except the jury trial will begin on Monday, August 12, 2019 at 8:30 a.m.

DATED: September 19, 2018

*Haywood S. Gilliam Jr.* (signature)
Hon. Haywood S. Gilliam, Jr.

LEWIS BRISBOIS