Your name: Trina M. Hill
Address: 501 Lisa Ann ct.
Baypoint, Ca. 94565
Phone Number: 510-932-6266
E-mail Address: trinamhill.TH@gmail.com
Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

Trina M. Hill

Plaintiff,

vs.

Goodfellow Top Grade

Defendant.

Case Number: 4:18cv-01474 HSG

**MOTION FOR APPOINTMENT OF COUNSEL FOR LIMITED SCOPE**

JUDGE:
Hon. Haywood S. Gilliam

FILED
SEP 27 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I respectfully ask the Court to appoint a lawyer to represent me for purposes of discovery and settlement conference in this case. The U.S. District Court in the Northern District of California has established the Federal Pro Bono Project to secure pro bono representation for litigants who: (1) are proceeding pro se, (2) lack the financial resources to retain counsel, (3) have used reasonable (but unsuccessful) efforts to retain private counsel including, but not limited to, attempting to locate counsel through a California State Bar-approved lawyer referral service, and (4) have a case that warrants pro bono representation. General Order 25. In support of this, I state as follows:

1. I do not have a lawyer.
2. I do not have the financial resources to hire a lawyer. The Court granted my application to proceed in forma pauperis in this case.
3. I have tried to find a lawyer, contacting at least twenty lawyers, but was unsuccessful.
4. I have consulted with the Staff Attorney at the JDC Legal Help Center. A letter from the attorney is attached here.
5. My case warrants pro bono representation because of the complex issues relating to the several types of discrimination I experienced and because some depositions will be necessary in this case given that the underlying events took place at a construction site so there is little non-testimonial evidence about what occurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 9-27-18      Sign Name: T. Hill
                   Print Name: Tina Hill

MOTION FOR APPOINTMENT OF COUNSEL
CASE NO.: 4:18 CV-01474 HSG    ; PAGE 2 OF 3    [JDC TEMPLATE - rev. 2017]



# Justice & Diversity
## CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**Pro Bono Legal Services Program**
**Homeless Advocacy Project**
**Immigrant Legal Defense Program**
**Diversity Educational Program**

**Board of Directors**

Malcolm A. Heinicke
President

Doris Cheng
President-Elect

Stuart C. Plunkett
Treasurer

Marvin K. Anderson
Secretary

Khaldoun Baghdadi
A. Marisa Chun
Erin M. Connell
Deborah Daniloff
Robert Esposito
Michelle Ferreira
Alicia Gámez
Ari Hersher
Steven A. Hirsch
Erick C. Howard
Jessica Jacob
David Kelly
Anjali Kulkarni
Elinor Leary
Marie Ma
Rob Meyerhoff
David Reidy
Ragesh Tangri
Charles O. Thompson
Wendy Umphrey
Mohammad Walizadeh
Blair Walsh
Jee Young You

**Senior Staff**

Yolanda M. Jackson
Executive Director

Gloria Chun
Pro Bono Legal Services
Program Director

Teresa Lynn Friend
Homeless Advocacy
Project (HAP) Director

Carole Conn
Immigrant Legal Defense
Program Director

Steve Love
Director of Donor &
Community Engagement

Federal Pro Bono Project
1301 Clay St.
4th Floor, Rm 470S
Oakland, CA 94612

September 10, 2018

The Honorable Haywood S. Gilliam
United States District Court
Northern District of California
1301 Clay St.
Oakland, CA 94612

RE: *Hill v. Goodfellow Top Grade*; 4:17-cv-01474-HSG

Dear Judge Gilliam:

As Staff Attorney of the Federal Pro Bono Project, I believe that the above referenced case could be placed with a volunteer attorney from our panel for pro bono legal representation for purposes of discovery and settlement conference.

Sincerely,

Kelly Corcoran
Federal Legal Pro Bono Project

☐ **JUSTICE & DIVERSITY CENTER**
Tel 415.982.1600  Fax 415.477.2390
301 Battery Street, Third Floor, San Francisco, CA 94111
www.sfbar.org/jdc

**HOMELESS ADVOCACY PROJECT** ☐
Tel 415.575.3130  Fax 415.575.3132
Tanya Neiman Building
125 Hyde Street, San Francisco, CA 94102
www.sfbar.org/hap