

**RECEIVED** C

SEP 27 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  Your name: Trina M. Hill
2  Address: 501 Lisa Ann Ct
3  Baypoint, Ca. 94565
4  Phone Number: 510-932-6266
5  E-mail Address: trinamhill.TH@gmail.com
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

C

Trina M. Hill

Plaintiff,

vs.

Goodfellow Top Grade

Defendant.

Case Number: 4:18 cv-01474 HSG

**ORDER APPOINTING COUNSEL FOR A LIMITED SCOPE**

ORDER APPOINTING COUNSEL
CASE NO.: 4:18 cv-01474 HSG

The plaintiff having requested and being in need of counsel to assist her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward this order to the Project office. The scope of this referral shall be for purposes of discovery and settlement conference.
2. Upon being notified by the Project that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for Trina Hill in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.
3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

IT IS SO ORDERED.

DATED: 10/1/2018

Haywood S. Gill Jr.
United States District/~~Magistrate~~ Judge

ORDER APPOINTING COUNSEL
CASE NO.: 4:18CV-01474 HSG