1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7 TRINA HILL,                                    Case No. 18-cv-01474-HSG

8                    Plaintiff,

9              v.                                **ORDER APPOINTING COUNSEL**

10 GOODFELLOW TOP GRADE,                          Re: Dkt. No. 44

11                    Defendant.

12

13          Because the Plaintiff has requested and is in need of counsel to assist her in this matter and

14 a volunteer attorney is willing to be appointed to undertake this representation at the request of the

15 Federal Pro Bono Project, David Caine (#218074), Arnold & Porter Kaye Scholer LLP, 3000 El

16 Camino Real, Five Palo Alto Square, Suite 500, Palo Alto, CA 94306-3807 (phone: 650.319.4500)

17 is hereby appointed as counsel for Plaintiff in this matter.

18          The scope of this appointment shall be for:

19          ( )    all purposes for the duration of the case

20          ( )    the limited purpose of representing the litigant in the course of

21                 ( )    mediation

22                 ( )    early neutral evaluation

23                 (X)    settlement conference

24                 ( )    briefing ( ) and hearing on the following motion (e.g., motion for summary

25                        judgment or motion to dismiss):

26

27          (X)    discovery as follows: discovery necessary to prepare for settlement conference

28

1      ( )     other: _____

2      _____

3      All proceedings in this action are hereby stayed until four weeks from the date of this

4 order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project

5 Guidelines posted on the Court's website.

6

7      **IT IS SO ORDERED.**

8

9 Dated:   10/16/2018

10                        _____

11                        HAYWOOD S. GILLIAM, JR.
                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28