UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRINA HILL, | Case No. 18-cv-01474-HSG |
|---|---|
| Plaintiff, | **SCHEDULING ORDER** |
| v. | Re: Dkt. No. 58 |
| GOODFELLOW TOP GRADE, | |
| Defendant. | |

The parties submitted a proposed schedule on February 20, 2019. *See* Dkt. No. 58. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Non-Expert Discovery Deadline | March 11, 2019 |
| Dispositive Motion Filing Deadline | April 11, 2019 |
| Expert Disclosures | April 25, 2019 |
| Dispositive Motion Hearing | May 16, 2019 2:00 p.m. |
| Expert Discovery Deadline | May 29, 2019 |
| Pre-Trial Conference | August 27, 2019 3:00 p.m. |
| Jury Trial (5 days) | September 9, 2019 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Dkt. No. 58.

**IT IS SO ORDERED.**

Dated: 2/21/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge