UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trina Hill,<br><br>        Plaintiff,<br><br>    v.<br><br>Goodfellow Top Grade,<br><br>        Defendants. | Case No. 18-cv-01474-HSG<br><br>**AMENDED ORDER TERMINATING PREVIOUS PRO BONO COUNSEL AND APPOINTING NEW PRO BONO COUNSEL** |

The Court understands that David Adam Caine and Thomas Carmack, previously appointed to this case on a limited scope basis, will not be able to continue in a full scope capacity. The Court thanks Mr. Caine and Mr. Carmack for their diligence on this case. The Federal Pro Bono Project has informed the Court that attorney David Hadden (CA Bar #176148) of Fenwick & West, 801 California Street, Mountain View, California 94041, has agreed to serve as full scope pro bono counsel for Ms. Hill in this action. The Court is grateful for counsel's and his firm's interest and commitment and, with good cause shown, now appoints David Hadden as counsel for Ms. Hill in this matter pursuant to 28 U.S.C. § 1915(e)(1). The scope of this referral shall be for all purposes for the duration of this case. Counsel shall be familiar with General Order No. 25, which is available on the Court's website.

There shall be a four week post appointment stay of all set deadlines.

**IT IS SO ORDERED.**

Dated: 5/3/2019

                                                      Hon. Haywood S. Gilliam, Jr.
                                                      United States District Judge