1  J. DAVID HADDEN (CSB No. 176148)
   dhadden@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone: 650.988.8500
   Facsimile: 650.938.5200
5
   PHILLIP J. HAACK (CSB No. 262060)
6  phaack@fenwick.com
   ERIC B. YOUNG (CSB No. 318754)
7  eyoung@fenwick.com
   CHIEH TUNG (CSB No. 318963)
8  ctung@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone: 415.875.2300
   Facsimile: 415.281.1350
11
   Attorneys for Plaintiff
12 Trina Hill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL, <br><br> Plaintiff, <br><br> v. <br><br> GOODFELLOW TOP GRADE, <br><br> Defendant. | Case No.: 4:18-cv-01474-HSG (KAW) <br><br> **DECLARATION OF ERIC B. YOUNG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Eric B. Young, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate with the law firm Fenwick & West LLP, counsel of record for Plaintiff Trina Hill. The facts below are personally known to me, and if called as a witness I could and would testify to them.

2. I reached out to counsel for Defendant Goodfellow Top Grade by email on June 5, 2019 to ask whether Defendant would agree to enter a stipulation relating this case with Case No. 3:18-cv-07673-LB under Local Rules 3-12(b) and 7-11.

3. Defendant's counsel represented that Defendant would not agree to stipulate to relate the cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June 2019 at San Francisco, California.

/s/ *Eric Young*
Eric B. Young