| | |
|---|---|
| J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>MATTHEW B. BECKER (CSB No. 291865)<br>mbecker@fenwick.com<br>ERIC B. YOUNG (CSB No. 318754)<br>eyoung@fenwick.com<br>CHIEH TUNG (CSB No. 318963)<br>ctung@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br><br>Attorneys for Plaintiff<br>Trina Hill | JOSEPH R. LORDAN, SB# 265610<br>joseph.lordan@lewisbrisbois.com<br>ALLISON L. SHRALLOW, SB# 272924<br>allison.shrallow@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD SMITH LLP<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: 415.362.2580<br>Facsimile: 415.434.0882<br><br>Attorneys for Defendant<br>Goodfellow Top Grade |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL,<br><br>   Plaintiff,<br><br> v.<br><br>GOODFELLOW TOP GRADE,<br><br>   Defendant. | Case No.: 4:18-cv-01474-HSG<br><br>**STIPULATION AND<br>ORDER CONTINUING PRETRIAL<br>CONFERENCE**<br><br>Date:  August 27, 2019<br>Time:  3:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Trial Date: Sept. 9, 2019<br>Filed:  March 6, 2018 |

# STIPULATION

WHEREAS the pretrial conference in the above-captioned matter is currently scheduled for August 27, 2019, and counsel for Plaintiff has an existing conflict on that date;

WHEREAS, counsel for Plaintiff and counsel for Defendant are both available one week later, on September 3, 2019;

THEREFORE, both Plaintiff and Defendant stipulate to and request the Court to continue the pretrial conference to Tuesday September 3, 2019 at 3pm, or whichever time is convenient for the Court.

Dated:   August 2, 2019                    FENWICK & WEST LLP

                                           By:   /s/ Eric B. Young
                                                 Eric B. Young

                                                 Attorneys for Plaintiff
                                                 Trina Hill


Dated:   August 2, 2019                    LEWIS BRISBOIS BSIGAARD & SMITH LLP

                                           By:   /s/ Allison L. Shrallow
                                                 Joseph R. Lordan
                                                 Allison L. Shrallow

                                                 Attorneys for Defendant Goodfellow Top
                                                 Grade Construction LLC

**ATTORNEY ATTESTATION**

I, Eric B. Young, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 2, 2019                                         FENWICK & WEST LLP


                                                              By: */s/ Eric B. Young*
                                                                    Eric B. Young

# ORDER CONTINUING PRETRIAL CONFERENCE

Upon consideration of the Parties' Stipulation Continuing Pretrial Conference, the Courts continues the Pretrial Conference to September 3, 2019.

**IT IS SO ORDERED.**

Dated: 8/5/2019

Honorable
United Sta



Judge Haywood S. Gilliam Jr.