<pre>
</pre>

1  J. DAVID HADDEN (CSB No. 176148)
   dhadden@fenwick.com
2  LYNN H. PASAHOW (CSB No. 54283)
   lpasahow@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     650.988.8500
   Facsimile:     650.938.5200
6
   MATTHEW B. BECKER (CSB No. 291865)
7  mbecker@fenwick.com
   ERIC B. YOUNG (CSB No. 318754)
8  eyoung@fenwick.com
   CHIEH TUNG (CSB No. 318963)
9  ctung@fenwick.com
   FENWICK & WEST LLP
10 555 California Street, 12th Floor
   San Francisco, CA 94104
11 Telephone:     415.875.2300
   Facsimile:     415.281.1350
12

13 Attorneys for Plaintiff
   Trina Hill
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL,<br><br>        Plaintiff,<br><br>   v.<br><br>GOODFELLOW TOP GRADE,<br><br>        Defendant. | Case No. 4:18-cv-01474-HSG (KAW)<br><br>**PLAINTIFF TRINA HILL'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 2 REGARDING EXCLUSION OF EVIDENCE RELATING TO THE SIZE AND/OR FINANCIAL CONDITION OF DEFENDANT AND/OR DEFENDANT'S LEGAL COUNSEL (DKT. 92)**<br><br>Date:       August 27, 2019<br>Time:       3:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Filed:      March 6, 2018<br>Trial Date: September 9, 2019 |

By its Motion *In Limine* No. 2 Regarding Exclusion of Evidence Relating to the Size and/or Financial Condition of Defendant and/or Defendant's Legal Counsel (Dkt. 92), Defendant seeks an order excluding evidence relating to the financial condition and/or size of Defendant and Defendant's counsel's firm. Plaintiff does not oppose Defendant's motion.

                                                Respectfully submitted,

Dated: August 13, 2019             FENWICK & WEST LLP

                                                By: */s/ Chieh Tung*
                                                      Chieh Tung

                                                Attorneys for Plaintiff
                                                Trina Hill