**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
ALLISON L. SHRALLOW, SB#272924
  Email: Allison.Shrallow@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION, LLC (erroneously sued as Goodfellow Top Grade)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL,<br><br>         Plaintiff,<br><br>vs.<br><br>GOODFELLOW TOP GRADE,<br><br>         Defendant. | CASE NO. 4:18-cv-01474-HSG<br><br>**DEFENDANT'S PROJECTED DURATION OF DIRECT AND CROSS EXAMINATIONS**<br><br>Trial Date: September 9, 2019 |

Defendant submits its projected duration of direct and cross examinations pursuant to the Judge Haywood S. Gillam, Jr.'s Order dated August 23, 2019.

1. **Projected Duration of the Direct Examination of Each Witness**

   A)   Katherine Sullivan: One hour

   B)   Kevin Delaney: 30 minutes

   C)   Justin Kim: 30 minutes

   D)   Leonard Garcia: Two hours

   E)   Sean Lennan: Two hours

   F)   Timothy Sardam: One hour

   G)   Michele Carrington: We will no longer be calling Ms. Carrington to testify

   H)   Juan Carlos Franco: 30 minutes

   I)   Usalia Marquez: One hour

J) Trina Hill: Two hours

K) Douglas Jagoda: 30 minutes

L) James Amerson Sr: We will no longer be calling Mr. Amerson Sr. to testify

M) Ernie Gunter: We will no longer be calling Mr. Gunter to testify

N) Anna Sivao: 30 minutes

O) James Herron: One hour

2. **Anticipated Duration of the Cross-Examination of Each of the Other Party's Disclosed Witness**

A) Trina Hill: Two hours

B) Diana Monroe: One hour

D) Douglas Jagoda: 30 minutes

F) Leonard Garcia: One hour

H) James Amerson Jr.: 30 minutes

3. **Total Number of Hours Projected**

17.5

DATED: August 27, 2019         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Allison L. Shrallow*
Joseph R. Lordan
Allison L. Shrallow
Defendant GOODFELLOW TOP GRADE CONSTRUCTION, LLC (erroneously sued as Goodfellow Top Grade)



# CERTIFICATE OF SERVICE

*Trina Hill v. Goodfellow Top Grade*

U.S. District Court-ND, Oakland Division, Case No. 4:18-CV-01474-HSG

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 27, 2019, I served the following document(s):  **DEFENDANT'S PROJECTED DURATION OF DIRECT AND CROSS EXAMINATIONS**

I served the document on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The document was served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:  August 27, 2019                    */s/ Sandra Mack*
                                            Sandra Mack



## SERVICE LIST
*Trina Hill v. Goodfellow Top Grade*
U.S. District Court-ND, Oakland Division, Case No. 4:18-CV-01474-HSG

| | |
|---|---|
| J. David Hadden<br>Lynn H. Pasahow<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041 | *Attorneys for Plaintiff TRINA HILL*<br><br>Telephone: 650.988.8500<br>Facsimile:  650.938.5200<br>Email: dhadden@fenwick.com<br>         lpasahow@fenwick.com |
| Matthew B. Becker<br>Eric B. Young<br>Cheih Tung<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | *Attorneys for Plaintiff TRINA HILL*<br><br>Telephone: 415.875-2300<br>Facsimile: 415.281.1350<br>Email: mbecker@fenwick.com<br>         eyoung@fenwick.com<br>         ctung@fenwick.com |

