1   J. DAVID HADDEN (CSB No. 176148)
    dhadden@fenwick.com
2   FENWICK & WEST LLP
    Silicon Valley Center
3   801 California Street
    Mountain View, CA  94041
4   Telephone:    650.988.8500
    Facsimile:    650.938.5200
5
    MATTHEW B. BECKER (CSB No. 291865)
6   mbecker@fenwick.com
    ERIC B. YOUNG (CSB No. 318754)
7   eyoung@fenwick.com
    CHIEH TUNG (CSB No. 318963)
8   ctung@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone:    415.875.2300
    Facsimile:    415.281.1350
11

12  Attorneys for Plaintiff
    Trina Hill
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   OAKLAND DIVISION

17  TRINA HILL,                          Case No. 4:18-cv-01474-HSG (KAW)

18              Plaintiff,               **PLAINTIFF'S SUBMISSION RE
                                         EXPECTED TIME FOR TRIAL
19        v.                             WITNESSES**

20  GOODFELLOW TOP GRADE,                Trial Date:  Sept. 9, 2019
                                         Time:        8:30 a.m.
21              Defendant.               Courtroom: 2, 4th Floor
                                         Judge:       Hon. Haywood S. Gilliam, Jr.
22                                       Filed:       March 6, 2018

23

24

25

26

27

28

PLAINTIFF'S SUBMISSION RE EXPECTED TIME
FOR TRIAL WITNESSES                                    CASE NO.: 4:18-cv-01474-HSG (KAW)

FENWICK & WEST LLP
ATTORNEYS AT LAW

Plaintiff submits this projected duration of the direct examination of each of its expected witnesses and cross-examination of Defendant's expected witnesses, pursuant to the Court's August 23, 2019 Order.  Dkt. 122.  Plaintiff's estimates regarding Defendant's witnesses are based on Defendant's representation on a telephonic meet and confer between the parties on August 27, 2019. If Defendant calls different witnesses, it may require Plaintiff to adjust its estimates.

### PLAINTIFF'S DIRECT EXAMINATION OF EXPECTED WITNESSES

| No. | Witness | Time for Direct |
| --- | --- | --- |
| 1 | Trina Hill | 2.00 |
| 2 | Diana Monroe | 1.50 |
| 3 | James A. Emerson Jr. | 0.25 |
| 4 | Leonard Garcia | 1.00 |
| 5 | Doug Jagoda (Clark) | 0.50 |
| | **Total Estimated Hours:** | **5.25** |

///

FENWICK & WEST LLP
ATTORNEYS AT LAW

PLAINTIFF'S SUBMISSION RE EXPECTED TIME
FOR TRIAL WITNESSES

2

CASE NO.: 4:18-cv-01474-HSG (KAW)

**PLAINTIFF'S CROSS-EXAMINATION OF DEFENDANT'S EXPECTED WITNESSES**

| No. | Witness | Time for Direct |
|---|---|---|
| 1 | Katherine Sullivan* | 0.25 |
| 2 | Justin Kim | 0.25 |
| 3 | Doug Jagoda | 0.50 |
| 4 | Anna Siavo | 0.25 |
| 5 | Leonard Garcia | 1.00 |
| 6 | Sean Lennan | 0.50 |
| 7 | Tim Sardam | 0.25 |
| 8 | Juan Carlos Franco | 0.25 |
| 9 | Usalia Marquez | 0.25 |
| 10 | Trina Hill | 0.50 |
| 11 | Kevin Delaney | 0.25 |
| 12 | James Herron | 0.50 |
| | **Total Hours:** | **4.75** |

Respectfully submitted,

Dated:   August 27, 2019          FENWICK & WEST LLP


By: */s/ Eric Young*
      Eric Young

      Attorneys for Plaintiff
      Trina Hill