1    J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
2    LYNN H. PASAHOW (CSB No. 54283)
lpasahow@fenwick.com
3    FENWICK & WEST LLP
Silicon Valley Center
4    801 California Street
Mountain View, CA 94041
5    Telephone: 650.988.8500
Facsimile: 650.938.5200

MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
ERIC B. YOUNG (CSB No. 318754)
eyoung@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
Trina Hill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL,<br><br>      Plaintiff,<br><br>    v.<br><br>GOODFELLOW TOP GRADE,<br><br>      Defendant. | Case No. 4:18-cv-01474-HSG<br><br>**PLAINTIFF TRINA HILL'S MOTION AND ORDER TO USE ELECTRONIC EQUIPMENT AND OTHER LARGE ITEMS**<br><br>Trial Date: Sept. 9, 2019<br>Time: 8:30 a.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr., Plaintiff Trina Hill hereby respectfully seeks permission to use electronic equipment and other large items at the trial scheduled to begin on September 9, 2019 and for the duration of the jury selection and trial. Ms. Hill further requests permission to have delivered miscellaneous carts, boxes, and binders of paper documents for use at trial. If the Court approves this request, pursuant to the instructions in the Civil Pretrial and Trial Standing Order, Hill will work with the Courtroom Deputy to arrange a convenient time and date for the delivery, installation, and testing of such equipment on or about the week of September 2, 2019.

Ms. Hill seeks permission to use the following audio-visual display equipment and large items:

- 5 laptop computers;
- 5 laptop docking stations;
- Printer;
- External hard drives;
- 1 Mifi router;
- 5 HDMI to VGA adapters
- 1 Mini DP to VGA adapter
- Assorted audio / video cables;
- Power strips / extension cords;
- 2 easels;
- Small chest of drawers; and
- Further miscellaneous carts, boxes, and binders.

This equipment will aid in the organization and presentation of Hill's case and allow for a more efficient presentation of evidence.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: August 30, 2019 | FENWICK & WEST LLP |

By: */s/ Eric B. Young*
    Eric B. Young

Attorneys for Plaintiff
Trina Hill

# ORDER

**IT IS SO ORDERED** that on or about the week of September 2, 2019 through the close of trial, counsel for Plaintiff Hill, or their assistants or vendors, will be allowed to bring the following equipment into the Federal Courthouse located at 1301 Clay Street, Oakland, California, and set up in the courtroom of the Honorable Haywood S. Gilliam, Jr.:

- 5 laptop computers;
- 5 laptop docking stations;
- Printer;
- External hard drives;
- 1 Mifi router;
- 5 HDMI to VGA adapters
- 1 Mini DP to VGA adapter
- Assorted audio / video cables;
- Power strips / extension cords;
- 2 easels;
- Small chest of drawers; and
- Further miscellaneous carts, boxes, and binders.

Court staff on duty at the time, are directed to allow and take such steps as are readily necessary to facilitate the foregoing activity.

**IT IS HEREBY ORDERED.**

Dated: 9/3/2019

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge