1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH R. LORDAN, SB# 265610
2     Email: Joseph.Lordan@lewisbrisbois.com
   ALLISON L. SHRALLOW, SB#272924
3     Email: Allison.Shrallow@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile:  415.434.0882

6  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOHN L. BARBER, SB# 160317
7     Email: John.Barber@lewisbrisbois.com
   633 West 5th Street, Suite 4000
8  Los Angeles, CA 90071
   Telephone: 213.250.1800
9  Facsimile:  213.250.7900

10 Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION, LLC
   (erroneously sued as Goodfellow Top Grade)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>GOODFELLOW TOP GRADE,<br><br>    Defendant. | CASE NO. 4:18-cv-01474-HSG<br><br>**DEFENDANT'S NOTICE TO THE COURT THAT IT DOES NOT INTEND TO PROVIDE OFFER OF PROOF REGARDING MS. HILL'S DEPOSITION TESTIMONY REGARDING USALIA MARQUEZ ON MS. HILL'S DIRECT**<br><br>Trial Date: September 9, 2019 |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant GOODFELLOW TOP GRADE CONSTRUCTION, LLC ("Goodfellow") hereby provides notice to the Court that it does not intend to submit an offer of proof tonight regarding Ms. Hill's deposition testimony regarding Usalia Marquez as it does not intend to pursue this during its continued cross-examination of Ms. Hill.   Goodfellow reserves the right to provide the Court with an offer of proof should it intend to use this deposition testimony during its

1  direct examination of Ms. Hill.

2

3  DATED: September 11, 2019      LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5      By: */s/Allison L. Shrallow*
6          John L. Barber
7          Joseph R. Lordan
         Allison L. Shrallow
8          Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION, LLC (erroneously sued as Goodfellow Top Grade)



# FEDERAL COURT PROOF OF SERVICE

Trina Hill v. Goodfellow Top Grade - U.S. District Court-ND, Oakland Division, Case No. 4:18-CV-01474-HSG

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 11, 2019, I served the following document(s):

**DEFENDANT'S NOTICE TO THE COURT THAT IT DOES NOT INTEND TO PROVIDE OFFER OF PROOF REGARDING MS. HILL'S DEPOSITION TESTIMONY REGARDING USALIA MARQUEZ ON MS. HILL'S DIRECT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 11, 2019, at San Francisco, California.

Maureen Liu



**SERVICE LIST**
*Trina Hill v. Goodfellow Top Grade*
U.S. District Court-ND, Oakland Division, Case No. 4:18-CV-01474-HSG

| J. David Hadden<br>Lynn H. Pasahow<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041 | *Attorneys for Plaintiff TRINA HILL*<br><br>Telephone: 650.988.8500<br>Facsimile:  650.938.5200<br>Email: dhadden@fenwick.com<br>          lpasahow@fenwick.com |
|---|---|
| Matthew B. Becker<br>Eric B. Young<br>Cheih Tung<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | *Attorneys for Plaintiff TRINA HILL*<br><br>Telephone: 415.875-2300<br>Facsimile: 415.281.1350<br>Email: mbecker@fenwick.com<br>          eyoung@fenwick.com<br>          ctung@fenwick.com |