UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA HILL,<br><br>          Plaintiff,<br><br>    v.<br><br>GOODFELLOW TOP GRADE,<br><br>          Defendant. | Case No. 18-cv-01474-HSG<br><br>**JUDGMENT** |

On September 17, 2019, the jury entered a verdict after trial. Dkt. No. 162. The Court now enters its final judgment as follows:

1. Plaintiff Trina Hill is entitled to judgment against Defendant Goodfellow Top Grade Construction, LLC on the following claims under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e *et seq.*) and to compensatory damages:

    a. Sex harassment in the amount of $11,250; and

    b. Retaliation in the amount of $7,500.

2. Plaintiff did not fail to mitigate her damages.

3. The jury found for Defendant on the following claims brought by Plaintiff under Title VII:

    a. Harassment on the basis of race;

    b. Discrimination on the basis of race; and

    c. Discrimination on the basis of gender

//

//

//

4. The parties will file motions under Rule 54 for fees and costs according to a schedule to be set by the Court.

**IT IS SO ORDERED.**

Dated: 9/24/2019

									_____
									HAYWOOD S. GILLIAM, JR.
									United States District Judge