**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
ALLISON L. SHRALLOW, SB#272924
  Email: Allison.Shrallow@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC
(erroneously sued as Goodfellow Top Grade)

J. DAVID HADDEN, SB# 176148
dhadden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

MATTHEW B. BECKER, SB# 291865
mbecker@fenwick.com
ERIC B. YOUNG, SB# 318754)
eyoung@fenwick.com
CHIEH TUNG, SB# 318963)
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff TRINA HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TRINA HILL,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOODFELLOW TOP GRADE,<br><br>    Defendant. | CASE NO. 4:18-cv-01474-HSG<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S RULE 50(B) MOTION** |

# STIPULATION

WHEREAS, the hearing on Defendant's Rule 50(b) motion was originally scheduled for October 31, 2019;

WHEREAS, the Court continued the hearing date from October 31, 2019 to November 7, 2019;

WHEREAS, the Court continued the hearing date again from November 7, 2019 to December 4, 2019, and Defendant's counsel has an existing conflict on that date as both of them will be out of town;

WHEREAS, counsel for Plaintiff and counsel for Defendant are both available on December 19, 2019 to attend the hearing on Defendant's Rule 50(b) motion, if the Court should have availability on that date to hear the motion;

THEREFORE both Plaintiff and Defendant stipulate to and request the Court to continue the hearing date on Defendant's Rule 50(b) Motion to December 19, 2019.

Dated: November 11, 2019    FENWICK & WEST LLP

By:   */s/ Chieh Tung*
      Chieh Tung

Attorneys for Plaintiff
Trina Hill

Dated: November 11, 2019    LEWIS BRISBOIS BSIGAARD & SMITH LLP

By:   */s/ Allison L. Shrallow*
      Joseph R. Lordan
      Allison L. Shrallow

Attorneys for Defendant Goodfellow Top Grade Construction LLC



# ATTORNEY ATTESTATION

I, Allison L. Shrallow, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 11, 2019         LEWIS BRISBOIS BSIGAARD & SMITH LLP

                                         By:    */s/ Allison L. Shrallow*
                                                                      Joseph R. Lordan
                                                                      Allison L. Shrallow

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing will be held at 2 p.m. on 12/19/2019.

DATED: 11/12/2019

_____
Hon. Haywood S. Gilliam, Jr.

